# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2016

153485 & (10)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JASON LEVI LAPE,
    Defendant-Appellant.

SC: 153485
COA: 331013
Hillsdale CC: 15-393595-FH

_____/

    On order of the Court, the application for leave to appeal the March 8, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand to trial court and appoint counsel is DENIED.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2016



Clerk

t1026